UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILIP REYNOLDS,

    Plaintiff,

        v.

ATS,

    Defendant.

Case No. 12-cv-1264-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's August 8, 2014, order for plaintiff Philip Reynolds to show cause on or before August 22, 2014, why this case should not be dismissed without prejudice for failure to timely effect service.  Reynolds has not responded to the order. Accordingly, as it warned it would do, the Court **DISMISSES** this case **without prejudice** for failure to timely effect service within 120 days after the filing of the complaint, as prescribed by Federal Rule of Civil Procedure 4(m), and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: August 26, 2014**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**